```
 1  HAEJI HONG, ATTORNEY #198503
    TRIAL ATTORNEY
 2  OFFICE OF THE UNITED STATES TRUSTEE
    402 WEST BROADWAY, SUITE 600
 3  SAN DIEGO, CA 92101-8511
    (619)557-5013
 4
    ATTORNEY FOR
 5  TIFFANY L. CARROLL
    ACTING UNITED STATES TRUSTEE
 6
 7
 8                  UNITED STATES BANKRUPTCY COURT
 9                   Southern District of California
10  In re:                       )  Case No. 10-04516-LA11
                                 )
11  SOUTH BAY EXPRESSWAY, LP,    )  (Joint Administration with
    and CALIFORNIA TRANSPORTATION)  Case No. 10-04518)
12  VENTURES, INC.,              )
                                 )  STATEMENT OF UNITED STATES
13              Debtor(s).       )  TRUSTEE CONCERNING INABILITY
                                 )  TO APPOINT COMMITTEE OF
14                               )  UNSECURED CREDITORS
                                 )
15  _____)
```

16      TO THE HONORABLE LOUISE DECARL ADLER, BANKRUPTCY JUDGE:

17      The United States Trustee for the Southern District of California reports as follows:

18

19      1.  The order for relief in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. §1101, et seq.) was entered on March 22, 2010.

20

21

22      2.  Despite efforts by the United States Trustee to contact unsecured creditors, as of this date sufficient indications of willingness to serve on a committee of unsecured creditors have not been received from persons eligible to serve on such a committee (see 11 U.S.C §1102(b)(1)).

23

24

25

26  / / / /
27  / / / /
28

1  Accordingly, the United States Trustee is unable to appoint
2  a committee pursuant to 11 U.S.C. §1102(a).

                                Respectfully submitted,

                                TIFFANY L. CARROLL
                                ACTING UNITED STATES TRUSTEE

Dated: April 14, 2010      By:  /s/Haeji Hong
                                Haeji Hong,
                                Trial Attorney for the
                                Acting United States Trustee