R. Alexander Pilmer (CA 166196)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Meredith L. Shafe (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for the Debtors
and Debtors in Possession

Order Entered on September 30, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In re: | BANKRUPTCY NO. 10-04516-LA11 |
|---|---|
| SOUTH BAY EXPRESSWAY, L.P. and CALIFORNIA TRANSPORTATION VENTURES, INC., | Date of Hearing: September 23, 2010<br>Time of Hearing: 2:30 p.m. (Pacific Time)<br>Name of Judge: Hon. Louise D. Adler |
| Debtors. | |

**ORDER ON**

Motion of the Debtors for Entry of an Order
Authorizing the Implementation of a Key Employee Incentive Program

IT IS ORDERED THAT the relief sought as set forth on the continuation pages and numbered 2 through 3, with exhibits, if any, for a total of 11 pages, is granted. Motion Docket Entry No. 441.

September 29, 2010

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief on the Order is the relief granted by the Court.

/s/ Louise DeCarl Adler
Judge, United States Bankruptcy Court

Submitted by:

Kirkland & Ellis LLP
(Firm Name)

By: *R. Alexander Pilmer*
Attorney for  ☒ Movant  ☐ Respondent

K&E 17704509

ORDER ON:  Motion of the Debtors for Entry of an Order Authorizing the Implementation of a Key Employee Incentive Program
DEBTORS:  South Bay Expressway, L.P. and California Transportation Ventures, Inc.
CASE NO:  10-04516-LA11

Upon the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Debtors") for entry of an order (the "Order") authorizing, but not directing, the Debtors to implement the Debtors' proposed key employee incentive program (the "Incentive Program"); and upon the Evans Declaration and the Warshauer Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on this Motion under the circumstances and no other or further notice need be provided; and the Court having reviewed the Motion, the Evans Declaration, and the Warshauer Declaration; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; after due deliberation and sufficient cause appearing therefor,

IT IS SO ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Incentive Program is approved in all respects.

3. Payments provided for by the Incentive Program will be credited against any bonuses the Debtors may have owed to Key Employees under the Key Employees' prepetition employment agreements.

4. Payments under the Incentive Program shall total no more than $681,800.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

*Signed by Judge Louise DeCarl Adler September 29, 2010*

ORDER ON:  Motion of the Debtors for Entry of an Order Authorizing the Implementation of a Key Employee Incentive Program
DEBTORS:  South Bay Expressway, L.P. and California Transportation Ventures, Inc.
CASE NO:  10-04516-LA11

Approved as to form by:

*/s/ R. Alexander Pilmer*
R. Alexander Pilmer
**Kirkland & Ellis LLP**
Attorneys for the Debtors and Debtors in Possession

*/s/ Haeji Hong*
Haeji Hong
**Office of the United States Trustee for the Southern District of California**

*/s/ David L. Osias*
David L. Osias
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
Attorneys for Creditor Otay River Constructors

3

*Signed by Judge Louise DeCarl Adler September 29, 2010*

# **EXHIBIT 1**

**Summary of Incentive Program**

*Signed by Judge Louise DeCarl Adler September 29, 2010*

# Summary of Key Employee Incentive Program for

The key employee incentive program (the "Incentive Program") contemplates performance incentive payments to the four employees (each, a "Key Employee"), listed below:

- Greg Hulsizer – Chief Key Employee Officer
- Anthony Evans – Chief Financial Officer
- Theresa Weeks – Chief Accounting Officer
- Shane Savgur – Chief Technology Officer

Performance incentive payments will be based on performance of South Bay Expressway, L.P. and California Transportation Ventures, Inc. (together, the "Debtors"), as measured by (1) the 2010 operating budget ("Budgeted EBITDA") approved by the board of directors (the "Board") and the Debtors' senior secured lenders (the "Secured Financing Parties") and attached hereto as Exhibit 1(a); (2) the project completion budget approved by the Board and the Secured Financing Parties ("Project Completion Budget") approved by the Board and the Secured Financing Parties and attached hereto as Exhibit 1(b); (3) the timing of the Debtors' emergence from chapter 11 protection.

Notwithstanding the criteria below, under no circumstances will the total incentive payments due to any of the Key Employees in a calendar year exceed 100% of his or her base salary.

*Performance Metric #1:  Operating Cash Flows*
*Relevant parties: Greg Hulsizer, Anthony Evans, Theresa Weeks, Shane Savgur*

Performance will be based on EBITDA, as shown in the original 2010 budget approved by the board of directors, inclusive of any property tax refunds.  The operating cash flow metric will not include Key Employee bonuses contemplated in this memorandum, project completion costs or restructuring costs, including professional fees.  These operating cash flow incentive payments will be measured and paid annually.

Each Key Employee will have a Target Bonus, which is calculated as a percentage of their base salary, as show in the table below:

| Key Employee | Target Bonus as % of Base Salary | Target Bonus as Cash Amount |
|---|---|---|
| Greg Hulsizer | 50% | $137,500 |
| Anthony Evans | 50% | $120,000 |
| Theresa Weekes | 40% | $55,600 |
| Shane Savgur | 40% | $55,600 |
| **Target Bonus Pool:** | | **$368,700** |

1

*Signed by Judge Louise DeCarl Adler September 29, 2010*

As summarized in the table below, should actual EBITDA exceed Budgeted EBITDA, the incremental bonus pool available to the Key Employees will equal 15% of the incremental EBITDA.  The incentive pool will be allocated to the Key Employees and added to their respective Target Bonuses according to base salaries.  To the extent Actual EBITDA is less than budgeted EBITDA, each Key Employee's Target Bonus will be reduced by 30% of the deficiency, again allocated according to respective base salaries.

Each Key Employee's maximum bonus under Performance Metric #1 will be equal to 150% of his or her Target Bonus.  If actual EBITDA is less than 90% of Budgeted EBITDA, no incentive payments will be made.

| Key Employee | Maximum Cash Award |
|---|---|
| Greg Hulsizer | $206,250 |
| Anthony Evans | $180,000 |
| Theresa Weekes | $83,400 |
| Shane Savgur | $83,400 |
| **Total:** | **$553,050** |

*Performance Metric #2:  Project Completion Cost*
*Relevant parties: Greg Hulsizer, Anthony Evans*

Performance will be based on the cost to complete required capital expenditures versus the budgeted amounts.  The pool available to the CEO and CFO will be calculated as a percentage of budgeted costs minus actual costs incurred.  If the cost to complete the required projects exceeds the budgeted amounts, there will be no payouts.

At the end of the bonus period, 15% of the net cost savings ("Cost Savings") will be included in the bonus pool.  The Cost Savings will be the cumulative net total of the permanent cost savings and permanent cost increases calculated by looking at the work completed on each individual project (line item on the Project Completion Budget).  Expenditures deferred beyond 2010 will not constitute permanent savings and will not be included in the bonus calculation.  The Cost Savings will be determined by the Board, subject to concurrence by the Secured Financing Parties' technical advisor, which shall not be unreasonably withheld or delayed.

For those individual projects which are required under the Development Franchise Agreement to be completed prior to December 31, 2010, in order for the cost savings to be included in the Cost Savings calculation they must be completed by December 31, 2010.  However, permanent cost increases on these projects will be netted against cost savings.  To the extent the Board determines that an individual project has been delayed by either Caltrans or the Secured Financing Parties and will not be completed by December 31, 2010 through no fault of the CEO and CFO, permanent savings on this project will remain eligible for inclusion in the Cost Savings calculation.

To the extent pre-petition costs incurred under the Project Completion Budget were not paid and have become unsecured claims, the Cost Savings calculation will exclude any implied savings as a result of the bankruptcy filing.

The allocation of the bonus pool is shown in the table below:

| Project Completion Cost Savings Payout Allocation | |
|---|---|
| Greg Hulsizer | 50% |
| Anthony Evans | 50% |

*Performance Metric #3: Emergence*
*Relevant parties: Greg Hulsizer, Anthony Evans*

In addition to the EBITDA and project completion cost incentive metrics, there will be an emergence incentive program specifically designed to incentivize the CEO and CFO to expeditiously emerge from Chapter 11. As set forth in the chart below, the payout levels will be based on the length of time from the entry of an order by the United States Bankruptcy Court for the Southern District of California determining the priority of liens asserted by the Secured Financing Parties, Otay River Constructors, and InTranS Group, Inc.

| Emergence after Resolution of Priority Dispute | Cash Award as % of Base Salary |
|---|---|
| Within 90 days | 50% |
| Within 135 days | 25% |
| Within 180 days | 10% |
| **Maximum Total Awards:** | **$257,500** |

3

*Signed by Judge Louise DeCarl Adler September 29, 2010*

# EXHIBIT 1(a)

**Budget**

*Signed by Judge Louise DeCarl Adler September 29, 2010*

**2010 Operating Budget**
*($ in thousands)*

| Description | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Budget | | | | | | | |
| Days | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 | 30 | 31 | 30 | 31 | 365 |
| **Traffic (000s)** | | | | | | | | | | | | | |
| ETC | 457 | 490 | 550 | 534 | 558 | 530 | 534 | 534 | 546 | 562 | 512 | 546 | 6,352 |
| Violations | 28 | 27 | 30 | 29 | 30 | 28 | 29 | 29 | 29 | 30 | 27 | 29 | 344 |
| Unmatched | 28 | 27 | 22 | 18 | 15 | 14 | 14 | 14 | 15 | 15 | 14 | 15 | 211 |
| Cash | 134 | 129 | 143 | 138 | 143 | 136 | 137 | 137 | 140 | 144 | 131 | 140 | 1,651 |
| Total | 647 | 673 | 746 | 718 | 745 | 708 | 713 | 714 | 730 | 751 | 684 | 729 | 8,557 |
| Average Daily Traffic (000s) | 20.9 | 24.0 | 24.1 | 23.9 | 24.0 | 23.6 | 23.0 | 23.0 | 24.3 | 24.2 | 22.8 | 23.5 | 23.4 |
| **Revenue ($000s)** | | | | | | | | | | | | | |
| ETC Annual Revenue | 1,088 | 1,166 | 1,310 | 1,271 | 1,327 | 1,261 | 1,270 | 1,272 | 1,300 | 1,337 | 1,218 | 1,299 | 15,117 |
| Violations | 95 | 91 | 101 | 98 | 101 | 96 | 97 | 97 | 99 | 102 | 93 | 99 | 1,171 |
| Unmatched | 66 | 64 | 53 | 43 | 35 | 34 | 34 | 34 | 35 | 36 | 33 | 35 | 501 |
| Cash Annual Revenue | 480 | 463 | 513 | 494 | 513 | 487 | 491 | 492 | 502 | 517 | 471 | 502 | 5,926 |
| Gross Potential Revenue | 1,729 | 1,784 | 1,978 | 1,905 | 1,977 | 1,878 | 1,892 | 1,894 | 1,936 | 1,992 | 1,814 | 1,935 | 22,715 |
| Promotions | (8) | (8) | (8) | (7) | (7) | (7) | (7) | (6) | (6) | (6) | (6) | (6) | (82) |
| Violations/unmatched | (161) | (156) | (155) | (140) | (137) | (130) | (131) | (131) | (134) | (138) | (126) | (134) | (1,672) |
| Toll Revenue | 1,560 | 1,621 | 1,815 | 1,758 | 1,833 | 1,741 | 1,754 | 1,757 | 1,796 | 1,848 | 1,682 | 1,795 | 20,961 |
| Other Revenue | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 2,760 |
| TOTAL REVENUE ($000s) | 1,790 | 1,851 | 2,045 | 1,988 | 2,063 | 1,971 | 1,984 | 1,987 | 2,026 | 2,078 | 1,912 | 2,025 | 23,721 |
| Operating Costs | 822 | 817 | 1,091 | 874 | 815 | 1,160 | 817 | 836 | 843 | 789 | 855 | 953 | 10,673 |
| Property Tax | 0 | 0 | 0 | 398 | 0 | 0 | 0 | 0 | 90 | 0 | 0 | 2,348 | 2,836 |
| Interest Received | (1) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (34) |
| TOTAL OPERATING COSTS Pre Interest ($000s) | 821 | 814 | 1,087 | 1,269 | 813 | 1,157 | 814 | 833 | 930 | 786 | 853 | 3,298 | 13,475 |
| OPERATING REVENUE PRE INTEREST ($000s) | 970 | 1,037 | 958 | 719 | 1,250 | 814 | 1,170 | 1,154 | 1,096 | 1,291 | 1,060 | (1,273) | 10,246 |
| EXTRAORDINARY PROFESSIONAL FEES ($000s) | 500 | 500 | 250 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| INTEREST ($000s) | 4,827 | 0 | 0 | 4,827 | 0 | 0 | 4,827 | 0 | 0 | 4,827 | 0 | 0 | 19,308 |
| NET CASH FLOW ($000s) | (4,357) | 537 | 708 | (4,358) | 1,250 | 814 | (3,657) | 1,154 | 1,096 | (3,536) | 1,060 | (1,273) | (10,562) |
| EBITDA | 968 | 1,034 | 955 | 716 | 1,247 | 812 | 1,167 | 1,151 | 1,093 | 1,288 | 1,057 | (1,276) | 10,213 |
| EBITDA (net of Key Employee bonus payments) | 968 | 1,034 | 1,019 | 716 | 1,247 | 1,133 | 1,167 | 1,151 | 1,157 | 1,288 | 1,057 | (1,156) | 10,784 |

*Signed by Judge Louise DeCarl Adler September 29, 2010*

# EXHIBIT 1(b)

**Project Completion Budget**

**PROJECT COMPLETION BUDGET - Cash Flow - Sect 4 (c)**
**As of December 31, 2009**

| # | Item | Payee | TOTAL $000s | Jan-10 $000s | Feb-10 $000s | Mar-10 $000s | Apr-10 $000s | May-10 $000s | Jun-10 $000s | Jul-10 $000s | Aug-10 $000s | Sep-10 $000s | Oct-10 $000s | Nov-10 $000s | Dec-10 $000s | Jun-11 $000s | Dec-11 $000s | Jun-12 $000s | Dec-12 $000s | Jun-13 $000s | Dec-13 $000s | Jun-14 $000s | Dec-14 $000s | TOTAL $000s |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2.1 Outstanding Capital Works and Associated Support Costs** | | | | | | | | | | | | | | | | | | | | | | | |
| | **2.1.1 Gap-Connector** | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | Golf Course Bridge Construction | Hazard | 123 | 87 | 36 | | | | | | | | | | | | | | | | | | | 123 |
| 4 | Golf Course Bridge Design Support/As-builts | Rick Eng | 10 | 5 | 5 | | | | | | | | | | | | | | | | | | | 10 |
| 5 | Manzana Basin Maintenance Access Road | Hazard | 53 | | 53 | | | | | | | | | | | | | | | | | | | 53 |
| 6 | Additional Fencing | Hazard | 5 | | 5 | | | | | | | | | | | | | | | | | | | 5 |
| 7 | Irrigation Reveg Sites | Otay Water | 60 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 60 |
| 8 | Plant Establishment | Diversified | 275 | 95 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | | | | | | | | | | 275 |
| | **2.1.2 Toll Road** | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | Punch List | TBD | 40 | | | 40 | | | | | | | | | | | | | | | | | | 40 |
| 12 | Plant Establishment | ValleyCrest | 381 | 15 | 15 | 15 | 15 | 15 | 14 | 15 | 15 | 15 | 15 | 15 | 14 | 88 | 115 | | | | | | | 381 |
| 13 | Irrigation Plant Establishment | Otay Water | 311 | 35 | 23 | 23 | 55 | 33 | 39 | 29 | 33 | 8 | 22 | 11 | | | | | | | | | | 311 |
| 14 | Phone Line Relocation - Otay Mesa Road | AT&T | 220 | 220 | | | | | | | | | | | | | | | | | | | | 220 |
| | **2.1.3 Park Betterments** | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | Contract Work | TBD | 4,500 | 225 | 350 | 455 | 500 | 500 | 500 | 500 | 400 | 400 | 200 | 20 | 450 | | | | | | | | | 4,500 |
| 17 | Contingency for Cos - 5% | TBD | 225 | 0 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 5 | | | | | | | | 225 |
| 18 | Design Support/As-builts | Rick Enginering | 50 | | 5 | | | | | | | | | | | 25 | | | | | | | | | 50 |
| 19 | Construction Management - 5% | PTG/Gateway | 225 | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 10 | 5 | | | | | | | | 225 |
| | **2.1.4 Fixed Operating Equipment (FOE)** | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | FOE Contract | InTranS | 0 | | | | | | | | | | | | | | | | | | | | | | 0 |
| 22 | TMS Integration with Caltrans | Astart | 14 | | | | 14 | | | | | | | | | | | | | | | | | | 14 |
| 23 | High Availability Support System | Dell/EMC | 80 | 40 | | | 40 | | | | | | | | | | | | | | | | | | 80 |
| 24 | Construction Management | Transtoll | 272 | 62 | 60 | 30 | 30 | 30 | 30 | | | | | | | | | | | | | | | | 272 |
| 25 | Rehab Phase 1 | Transtoll | 863 | | 100 | 200 | 200 | 200 | 163 | | | | | | | | | | | | | | | | 863 |
| 26 | Rehab Phase 2 - If Needed | TBD/Berg | 1,000 | | | | | | 50 | 200 | 200 | 200 | 200 | 150 | | | | | | | | | | | 1,000 |
| 27 | Fiber Across Bridge | | 50 | | | | 50 | | | | | | | | | | | | | | | | | | 50 |
| 28 | Independent 3rd Party Advisor | IBI Group | 11 | 11 | | | | | | | | | | | | | | | | | | | | | 11 |
| | **2.1.5 Other Capital Work** | | | | | | | | | | | | | | | | | | | | | | | |
| 30 | Segment 1A Point of Conection (POC) | Water District/TBD | 352 | | 176 | 176 | | | | | | | | | | | | | | | | | | | 352 |
| 31 | Turnarounds on Toll Road Mainline | TBD | 60 | | | | 60 | | | | | | | | | | | | | | | | | | 60 |
| | **2.2 Right of Way (ROW) Costs** | | | | | | | | | | | | | | | | | | | | | | | |
| | **2.2.1 Offsite Environmental Mitigation Properties** | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | Proctor Valley & Bonita Meadows (Buie) | Caltrans | 275 | | 275 | | | | | | | | | | | | | | | | | | | | 275 |
| 36 | Lake Jennings (Carroll & Jenkins parcels) | Caltrans | 122 | | 122 | | | | | | | | | | | | | | | | | | | | 122 |
| 37 | SDG&E offset | SBX | -106 | | (106) | | | | | | | | | | | | | | | | | | | | (106) |
| | **2.2.2 ROW Professional Services** | | | | | | | | | | | | | | | | | | | | | | | |
| 39 | TR Excess Property Mapping and Legal Descriptions | PDC | 8 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | 8 |
| 40 | TR Excess Property Mapping and Legal Descriptions | Berggeran | 38 | 10 | 10 | 10 | 8 | | | | | | | | | | | | | | | | | | 38 |
| 41 | G/C ROW Acquisition for Easements | PDC | 22 | 5 | 5 | 5 | 2 | 2 | 3 | | | | | | | | | | | | | | | | 22 |
| 42 | G/C ROW Mapping and Legal Descriptions | Berggeran | 5 | | | | | | | | | | | | | | | | | | | | | | 5 |
| 43 | Legal Fees - including Ellis Arbitration | Weule, Nossaman | 58 | 33 | 5 | 5 | 5 | 5 | 5 | | | | | | | | | | | | | | | | 58 |
| 44 | Misc Recording Fees | | 15 | 2 | 3 | 2 | 2 | 2 | 3 | | | | | | | | | | | | | | | | 15 |
| | **2.3 Environmental Mitigation** | | | | | | | | | | | | | | | | | | | | | | | |
| 46 | G/C Environmental Mitigation | EDAW | 227 | 32 | 32 | 29 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 227 |
| 47 | TR Onsite Mitigation Monitoring | EDAW | 20 | 5 | 5 | 5 | 5 | | | | | | | | | | | | | | | | | | 20 |
| 48 | Dante Property Environmental Remediation Monitoring | Leighton | 100 | | 50 | 50 | | | | | | | | | | | | | | | | | | | 100 |
| | **2.4 Other** | | | | | | | | | | | | | | | | | | | | | | | |
| 50 | Overhead | SBX | 0 | | | | | | | | | | | | | | | | | | | | | | 0 |
| 51 | Insurance (OCIP) | Zurich | 2,725 | 20 | | | 1,955 | | | | | | | | | | 750 | | | | | | | | 2,725 |
| 52 | SBX Construction Management | Various | 320 | 27 | 22 | 22 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 27 | 62 | 24 | | | | | | | 320 |
| 53 | Caltrans Oversight | Caltrans | 222 | 132 | 10 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 5 | 5 | 10 | | | | | | | | 222 |
| 55 | Subtotal | | 13,231 | 1,074 | 1,329 | 1,140 | 3,035 | 878 | 898 | 860 | 734 | 709 | 523 | 262 | 550 | 215 | 909 | 20 | 19 | 19 | 19 | 19 | 19 | 13,231 |
| 56 | Contingency 10% | | 1,323 | 107 | 133 | 114 | 304 | 88 | 90 | 86 | 73 | 71 | 52 | 26 | 55 | 22 | 91 | 2 | 2 | 2 | 2 | 2 | 2 | 1,323 |
| 57 | Total | | 14,554 | 1,181 | 1,462 | 1,254 | 3,339 | 966 | 988 | 946 | 807 | 780 | 575 | 288 | 605 | 237 | 1,000 | 22 | 21 | 21 | 21 | 21 | 21 | 14,554 |

*Signed by Judge Louise DeCarl Adler September 29, 2010*